Sandeep Roy Chauhan (Full Name)
Adata24D@gmail.com (Email Address)
D-371, Baghola (Address Line 1)
Palwal, Haryana-121102 (Address Line 2)
+91-78275-14558 (Phone Number)

Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
11-7-2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KMH _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sandeep Roy Chauhan,

PLAINTIFF,

vs.

Google Inc.

DEFENDANT(S).

Case No.: 2:21-cv-08775-FLA-SKx
(To be supplied by the Clerk)

COMPLAINT FOR:

_____
_____
_____
_____

Jury Trial Demanded: ☐ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under The Stored Commination Act. (SCA), 18 U.S.C. § 2701 et. seq.; 1 And Electronic Communications Privacy Act. of 1986 (ECPA) 18 U.S.C. § 2510-2523

1
Complaint

## II. VENUE

2. Venue is proper pursuant to the United States District Court for the Central District of California because the events and omissions giving rise to Plaintiff Sandeep Roy Chauhan's claim occurred in Santa Clara county, California 28 U.S.C. § 1391

## III. PARTIES

3. Plaintiff's name is Sandeep Roy Chauhan. Plaintiff resides at: D-371, Baghola, Palwal, Haryana

Zip Code 121102

Phone No.: +91-78275-14558

Email Address: Adata24d@gmail.com

4. Defendant Google Inc.

Corporate office and headquarter is Googleplex Santa Clara

1600 Amphitheatre Parkway, Mountain View, CA 94043, United States

Phone Number. +16502530000

Email Address is: Postmortemrequests@google.com

5. Defendant _____

## IV. STATEMENT OF FACTS

6. Plaintiff's father has created a Google account of username Mysandeepchauhan@gmail.com to recieve emails and store files in cloud storage.

7. Plaintiff's father has been deceased on February 23, 2021. Plaintiff tried to access his fathers email account. In his account recovery options were missing. For that reason his account has been locked out.

8. Plaintiff requested Google to obtain data from a deceased user's account. Google accepted the request and performed preliminary review.

9. After passing by preliminary review Defendant found my information was correct. After that defendant replied that to proceed further with your request we need a U.S. court order directed to Google Inc. to specifies following facts.

10. That the decedent is deceased;

11. That the decedent is the sole account holder of the named account;

12. That the requesting party has a legal right to obtain the content;

13. The specific Gmail content being requested;

14. That disclosure of the content would not violate any applicable laws, including but not limited to the Electronic Communications Privacy Act and any state equivalent;

15. That Google Inc. is ordered to produce the requested Gmail content to the requesting party;

16. The location to which production needs to be sent;

17. That the requesting party must attach the order to an email sent to postmortemrequests@google.com.

18. Plaintiff have many financial, health and other personal matters in this e-mail account.

19. Plaintiff have the devices used to login for this e-mail account. Also plaintiff have the bills and invoices of the devices used to login in past for account.

20. Plaintiff have death certificate of deceased person.

21. Plaintiff have identity proof of deceased person.

4
Complaint

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( The Stored Communications Act (SCA), 18 U.S.C. § 2701 et. seq.; 1 )
*insert title of cause of action*

**(As against Defendant(s):** Google Inc.

22. Plaintiff is legal heir of deceased person e-mail account in question

## SECOND CAUSE OF ACTION

( The Electronic Communications Privacy Act 18 U.S.C §2510-2523 )
*insert title of cause of action*

(As against Defendant(s): Google Inc. )

23. Plaintiff had not violated any law during obtaing of data.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1. Produce an directed to Order Google Inc., which specifies the following:

- Bhagat Singh is deceased.

- Sandeep Roy Chauhan is the lawfull administrator of Decedent's estate under law

- Decedent is the solo account holder of the Google Account(s) registered under the email address(es) mysandeepchauhan@gmail.com

- Administrato has a legal right to obtain the content of communications and other files stored in Decedent's Account

- Under the circumstances of this case, and light of this Order, no legal duty, or obligation, including, but not limited to, any provision of the federal Stored Comminications Act. 18 U.S.C. §§ 2701, et seq., prohibits Google from dislosing to Administratrix the content stored in Decedent's Account

- There is sufficient consent pursuant to the Stored Communication Act.

Dated: 11/07/2021

Sign: *Sandeep Chauhan*

Print Name: Sandeep Roy Chauhan

7
Complaint

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/07/2021
Sign: *Sandeep Chauhan*
Print Name: Sandeep Roy Chauhan

4831-5981-9291, v. 1

8
Complaint